```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH SROUR,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :    23 Civ. 9489 (JPC)
              -v-                                                      :
                                                                       :    ORDER
NEW YORK CITY, New York, et al.,                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        The Court will hold a hearing to address Plaintiff's motion for a preliminary injunction, Dkt. 5, on November 30, 2023 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendants shall file an opposition to Plaintiff's motion by November 17, 2023.  Plaintiff may file a reply by November 24, 2023.

        SO ORDERED.

Dated: October 31, 2023  
       New York, New York

                                                JOHN P. CRONAN  
                                            United States District Judge