```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH SROUR,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :         23 Civ. 9489 (JPC)
              -v-                                                      :
                                                                       :         ORDER
NEW YORK CITY, et al.,                                                 :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff Joseph Srour's motion for a preliminary injunction, Dkt. 5, is denied without prejudice because he has not established a likelihood of success on the merits for the reasons stated in the record, specifically with respect to his standing to bring this action. The parties shall submit a joint status letter with a proposed briefing schedule for Defendants' anticipated motion to dismiss by December 7, 2023. In that letter, the parties also shall advise whether Plaintiff intends to move for leave to amend "to challenge 38 [R.C.N.Y.] § 5-02," Dkt. 18 at 3, and, if so, whether Defendants oppose such amendment.

The Clerk of Court is respectfully directed to close Docket Number 5.

SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                                    _____
                                                           JOHN P. CRONAN
                                                     United States District Judge