

December 21, 2023

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  <u>Joseph Srour v. City of New York, et. al.</u>, 23 Civ. 9489 (JPC)

Your Honor:

    I represent the plaintiff, Joseph Srour, in the above-referenced matter. I write to request an extension of time to comply with the Court's Order that the parties submit letter briefs regarding as to their view of the impact of the Second Circuit's decision in <u>Antonyuk</u> and related cases on the above-referenced matter.

    As the Court's Order required simultaneous letter briefs, I ask that the City's time be extended as well.

    For approximately two weeks, I have been sick with coronavirus, but expected to be back in the office by Wednesday. However, at some point this week I contracted the flu from my youngest child, including a fever, etc. and remain out of the office.

    I am respectfully requesting until January 5, 2024 to comply with the Court's Order.

    Thank you for the Court's consideration in this matter.

Sincerely,

/s
Amy L. Bellantoni

cc:  Aimee Lulich (via ECF)

*The request is granted.  The parties shall file the previously ordered status letter, Dkt. 25, by January 5, 2024.  The Court wishes Ms. Bellantoni a speedy recovery.*

SO ORDERED.
Date: December 21, 2023
New York, New York

                              JOHN P. CRONAN
                              United States District Judge