UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEPH SROUR,                                                           :
:
                Plaintiff,                                :
:       23 Civ. 9489 (JPC)
   -v-                                                              :
:           ORDER
NEW YORK CITY, New York, *et al.*,                                      :
:
                Defendants.                               :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 25, 2024, the mandate of the United States Court of Appeals for the Second Circuit issued in No. 22 Civ. 03 (JPC). The Clerk of Court is therefore respectfully directed to lift the stay in this case. The parties are reminded that status letters in this matter are due by November 1, 2024. *See* Dkt. 43.

      SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                        United States District Judge