UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
JOSEPH SROUR,                                             :
                                                          :
                        Plaintiff,                        :
                                                          :              23 Civ. 9489 (JPC)
            -v-                                            :
                                                          :              ORDER
NEW YORK CITY, New York, *et al.*,                        :
                                                          :
                        Defendants.                       :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record at the November 26, 2024 status conference, Defendants' motion to dismiss, Dkt. 33, is denied without prejudice.  Defendants' renewed motion to dismiss is due by December 19, 2024.  Plaintiff's opposition is due by January 27, 2025.  Defendants' reply is due by February 10, 2025.  The Clerk of Court is respectfully directed to close Docket Numbers 33 and 37.

      SO ORDERED.

Dated: November 27, 2024
     New York, New York                       JOHN P. CRONAN
                                        United States District Judge