**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH SROUR,

                Plaintiff,

-against-                              23 **CIVIL** 9489 (JPC)

                                          **JUDGMENT**

NEW YORK CITY, et al.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2025, Defendants' motion to dismiss is granted. Accordingly, the case is closed.

**Dated:** New York, New York

      September 15, 2025

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**